WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*pro hac vice forthcoming*)
lharrison@jenner.com
JESSICA RING AMUNSON (*pro hac vice forthcoming*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*pro hac vice forthcoming*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*pro hac vice forthcoming*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-DKG <br><br> **MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff St. Luke's Health System, Ltd., respectfully moves for a preliminary injunction against the Idaho Attorney General Raúl Labrador—and his officers, employees, and agents—prohibiting enforcement of Idaho Code § 18-622 as applied to EMTALA-mandated care. St.

Luke's has set forth its arguments in support of this motion in the attached memorandum of law and supporting declaration.

St. Luke's further requests that the Court consider as part of the record for this Motion for Preliminary Injunction the declarations filed in support of the United States' Motion for Preliminary Injunction in *United States v. Idaho*, No. 22-cv-329 (ECF Nos. 17, 86), in keeping with the motion to consolidate filed herewith by St. Luke's. *See* Fed. R. Civ. Pro. 42(a)(3) (allowing for "any other orders to avoid unnecessary cost or delay" upon consolidation of cases). In the alternative, St. Luke's requests that the Court grant leave to file additional declarations in support of the instant Motion.

DATED:  January 14, 2025            STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Alaina Harrington

JENNER & BLOCK LLP

/s/ Lindsay C. Harrison
Lindsay C. Harrison
Jessica Ring Amunson
Ruby C. Giaquinto
Sophia W. Montgomery

*Attorneys for Plaintiff*

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2