WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*pro hac vice forthcoming*)
lharrison@jenner.com
JESSICA RING AMUNSON (*pro hac vice forthcoming*)
jamunson@jenner.com
RUBY C. GIAQUINTO (*pro hac vice forthcoming*)
rgiaquinto@jenner.com
SOPHIA W. MONTGOMERY (*pro hac vice forthcoming*)
smontgomery@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-DKG <br><br> **PLAINTIFF'S MOTION TO CONSOLIDATE** |

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiff St. Luke's Health System, Ltd., moves this Court for an order consolidating this action with *United States v. Idaho*, 22-cv-0329-BLW, currently pending decision on appeal in the Ninth Circuit, Case Nos. 23-35440 and

PLAINTIFF'S MOTION TO CONSOLIDATE - 1

23-35450. This motion is supported by the memorandum filed herewith and by the record and pleadings in this case.

DATED: January 14, 2025                          STOEL RIVES LLP


                                                 /s/ Wendy J. Olson
                                                 Wendy J. Olson
                                                 Alaina Harrington


                                                 JENNER & BLOCK LLP


                                                 /s/ Lindsay C. Harrison
                                                 Lindsay C. Harrison
                                                 Jessica Ring Amunson
                                                 Ruby C. Giaquinto
                                                 Sophia W. Montgomery

                                                 *Attorneys for Plaintiff*

PLAINTIFF'S MOTION TO CONSOLIDATE - 2