WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*pro hac vice forthcoming*)
lharrison@jenner.com
JESSICA RING AMUNSON (*pro hac vice forthcoming*)
jamunson@jenner.com
RUBY C. GIAQUINTO (*pro hac vice forthcoming*)
rgiaquinto@jenner.com
SOPHIA W. MONTGOMERY (*pro hac vice forthcoming*)
smontgomery@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ST. LUKE'S HEALTH SYSTEM, LTD., | Case No. 1:25-cv-00015-DKG |
|---|---|
| Plaintiff, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| RAÚL LABRADOR, Attorney General of the State of Idaho, | |
| Defendant. | |

Plaintiff St. Luke's Health System, Ltd., pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure, state:

St. Luke's Health System, Ltd. is an Idaho nonprofit corporation.

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 1
127295729.1 0099999-00006

No publicly held corporation owns 10% or more of the stock in St. Luke's Health System, Ltd.

DATED:  January 14, 2025   STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Alaina Harrington

JENNER & BLOCK LLP

/s/ Lindsay C. Harrison
Lindsay C. Harrison
Jessica Ring Amunson
Ruby C. Giaquinto
Sophia W. Montgomery

*Attorneys for Plaintiff*

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2
127295729.1 0099999-00006