UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD, <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **ORDER & NOTICE OF HEARING** |

Yesterday, St. Lukes's Health System, Ltd. sued Idaho's Attorney General for declaratory and injunctive relief. St. Luke's filed three motions alongside its complaint: (1) a motion to consolidate this case with *United States v. Idaho,* 22-cv-329; (2) a motion for a preliminary injunction; and (3) a motion to expedite consideration of the preliminary injunction motion. *See* Dkts. 2, 3, 4. As far as the Court is aware, the Attorney General has not yet been served.

In a nutshell, St. Luke's is asking this Court to enjoin enforcement of Idaho Code § 18-622 to the extent it conflicts with the federal Emergency Medical Treatment and Labor Act (EMTALA). This Court already enjoined the State of Idaho from enforcing § 18-622 to the extent it conflicts with EMTALA in *United States v. Idaho.* But St. Luke's says it is "widely anticipated that after the change in

ORDER & NOTICE OF HEARING - 1

the presidential administration on January 20, 2025, the United States will seek to vacate the injunction currently in effect and dismiss its complaint in *United States v. Idaho.*" *Mtn. Memo,* Dkt. 2-1, at 1. For that reason, St. Luke's asks the Court to expedite consideration of the preliminary injunction motion. *See Motion,* Dkt. 3. Though St. Luke's doesn't come right out and say so, it would appear it is asking this Court to step in and issue an injunction by January 20, 2025—just six calendar days (and three business days) after filing suit.

The Court will deny the request to expedite consideration of the injunction motion. Among other things, the request to expedite is based on speculation at the moment. It is not certain whether or when the new administration might move to vacate the injunction and dismiss the action. Under these circumstances, the Court will conduct a hearing on St. Luke's injunction motion on **March 5, 2025 at 3:00 p.m.** The regular briefing schedule will control. That said, if the United States unequivocally signals its intention to dismiss its complaint or seek to vacate the injunction in *United States v. Idaho* before that date, the Court will reconsider its decision and hear the motion for preliminary injunction on an expedited basis. Accordingly,

    **IT IS ORDERED that:**

(1) St. Luke's Motion to Expedite Consideration of its Motion for Preliminary Injunction (Dkt. 3) is **DENIED WITHOUT PREJUDICE.**

(2) The Court will conduct a hearing on St. Luke's Motion for a Preliminary Injunction at **3:00 p.m. on March 5, 2025** in Courtroom 3 of the United States Courthouse in Boise, Idaho.

(3) The parties are directed to notify the Court immediately if the parties in *United States v. Idaho* seek to dismiss the pending appeal in that case or take any other action in the Circuit that would impact the injunction now in place.

DATED: January 15, 2025

B. Lynn Winmill
U.S. District Court Judge