RAÚL R. LABRADOR
ATTORNEY GENERAL

James E. M. Craig, ISB #6365
Chief, Civil Litigation
and Constitutional Defense

Brian V. Church, ISB #9391
Lead Deputy Attorney General
David J. Myers, ISB #6528
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho <br><br> *Defendant.* | Case No. 1:25-cv-00015-BLW <br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given that David J. Myers, Deputy Attorney General, does hereby

appear as an attorney of record on behalf of Defendant Raúl Labrador, Attorney General of

Notice of Appearance — 1

Idaho. All future pleadings, submissions, and correspondence should be addressed to David J. Myers as Counsel for Defendant Raúl Labrador.

DATED: February 5, 2025.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ *David J. Myers*
     DAVID J. MYERS
     Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Wendy J. Olson
wendy.olson@stoel.com

Alaina Harrington
alaina.harrington@stoel.com

Lindsay C. Harrison
lharrison@jenner.com

Jessica Ring Amunson
jamunson@jenner.com

Sophia W. Montgomery
smontgomery@jenner.com

Ruby C. Giaquinto
rgiaquinto@jenner.com

*Attorneys for Plaintiff St. Luke's Health System*

Trudy Hanson Fouser
tfouser@gfidaholaw.com

Stephen L. Adams
sadams@gfidaholaw.com

Madison N. Miles
mmiles@gfidaholaw.com

Chad Golder
cgolder@aha.org

*Attorneys for Proposed Amici American Hospital Association, America's Essential Hospitals, and the American Association of Medical Colleges*

/s/ *David J. Myers*
David J. Myers