RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation
and Constitutional Defense

Brian V. Church, ISB #9391
Lead Deputy Attorney General
David J. Myers, ISB #6528
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho <br><br> *Defendant.* | Case No. 1:25-cv-00015-BLW <br><br> **STIPULATION** |

### RECITALS

Defendant Attorney General Labrador has informed Plaintiff St. Luke's that he intends to file both a motion to dismiss and an opposition to St. Luke's motion for a preliminary injunction, Dkt. 2. Because there would be overlap in the arguments the Attorney General would make in both documents, the Attorney General has proposed to St. Luke's that he file a consolidated motion to dismiss and opposition to the preliminary injunction, and that the parties agree on a briefing schedule and page limitations.

Counsel for the Attorney General and counsel for St. Luke's conferred regarding this proposal, and they have agreed upon the following Stipulation.

### STIPULATION

The parties, St. Luke's and Attorney General Labrador, stipulate for the Court to enter an order as follows modifying the briefing schedule and page limitations for filings submitted in advance of the hearing scheduled on St. Luke's motion for a preliminary injunction:

1. Attorney General Labrador will be permitted to file a consolidated motion to dismiss and opposition to the preliminary injunction. This consolidated brief must be no more than 40 pages in length and must be filed by Thursday, February 6, 2025.

2. St. Luke's will be permitted to file a consolidated response to the motion to dismiss and reply in support of its preliminary injunction. This consolidated brief must be no more than 30 pages in length and must be filed by Monday, February 24, 2025.

3. Attorney General Labrador will file his reply in support of his motion to dismiss no later than Monday, March 3, 2025. This reply brief must be no more than 10 pages in length.

4. The Court's hearing scheduled for Wednesday, March 5, 2025, will continue as scheduled.

Counsel for Attorney General Labrador will separately transmit a proposed order to the Court.

DATED: February 5, 2025

| *For Plaintiff, St. Luke's Health System, Ltd.* | *For Defendant, Attorney General Raúl Labrador* |
|---|---|
| STOEL RIVES, LLP | STATE OF IDAHO<br>OFFICE OF THE ATTORNEY GENERAL |
| By: /s/ *Wendy J. Olson*<br>       WENDY J. OLSON | By: /s/ *Brian V. Church*<br>       BRIAN V. CHURCH<br>       Lead Deputy Attorney General |

STIPULATION— 2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Wendy J. Olson
wendy.olson@stoel.com

Alaina Harrington
alaina.harrington@stoel.com

Lindsay C. Harrison
lharrison@jenner.com

Jessica Ring Amunson
jamunson@jenner.com

Sophia W. Montgomery
smontgomery@jenner.com

Ruby C. Giaquinto
rgiaquinto@jenner.com

*Attorneys for Plaintiff St. Luke's Health System*

Trudy Hanson Fouser
tfouser@gfidaholaw.com

Stephen L. Adams
sadams@gfidaholaw.com

Madison N. Miles
mmiles@gfidaholaw.com

Chad Golder
cgolder@aha.org

*Attorneys for Proposed Amici American Hospital Association, America's Essential Hospitals, and the American Association of Medical Colleges*

/s/ *Brian V. Church*
Brian V. Church

STIPULATION— 3