RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation
and Constitutional Defense

Brian V. Church, ISB #9391
Lead Deputy Attorney General
David J. Myers, ISB #6528
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br>                                   *Plaintiff,* <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho <br><br>                                   *Defendant.* | Case No. 1:25-cv-00015-BLW <br><br> **MOTION TO DISMISS** |

The Attorney General moves to dismiss St. Luke's lawsuit under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), as set out in the contemporaneously-filed consolidated

memorandum in support of the motion to dismiss and opposition to motion for preliminary injunction.

DATED: February 6, 2025.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

    By:   /s/ *Brian V. Church*
        BRIAN V. CHURCH
        Lead Deputy Attorney General

MOTION TO DISMISS — 2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Wendy J. Olson
wendy.olson@stoel.com

Alaina Harrington
alaina.harrington@stoel.com

Lindsay C. Harrison
lharrison@jenner.com

Jessica Ring Amunson
jamunson@jenner.com

Sophia W. Montgomery
smontgomery@jenner.com

Ruby C. Giaquinto
rgiaquinto@jenner.com

*Attorneys for Plaintiff St. Luke's Health System*

Stephen L. Adams
sadams@gfidaholaw.com

Chad Golder
cgolder@aha.org

*Attorneys for Proposed Amici American Hospital Association, America's Essential Hospitals, and the American Association of Medical Colleges*

/s/ *Brian V. Church*
Brian V. Church