WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*admitted pro hac vice*)
lharrison@jenner.com
JESSICA RING AMUNSON (*admitted pro hac vice*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*admitted pro hac vice*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*admitted pro hac vice*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>RAÚL LABRADOR, Attorney General of the State of Idaho,<br><br>Defendant. | Case No. 1:25-cv-00015-BLW<br><br>**DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD.'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Wendy J. Olson, declare as follows:

1. I am a partner at Stoel Rives LLP and an attorney of record for Plaintiff St. Luke's Health System, LTD. in the above-entitled matter. As such, I have personal knowledge of

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD.'S MOTION FOR A TEMPORARY RESTRAINING ORDER - 1
128096610.1 0048059-00016

the facts and statements contained in this Declaration. I submit this Declaration in support of Plaintiff St. Luke's Health System, Ltd.'s Motion for a Temporary Restraining Order.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email from counsel for the United States in United States v. State of Idaho, No. 1:22-cv-329 and received by St. Luke's counsel on March 3, 2025, at 1:36 p.m. mountain time.

3. The email states that the United States would like to file a stipulated dismissal of its case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4. In response to that email, at 8:03 p.m. mountain time on March 3, 2025, I emailed counsel for the United States and counsel for Attorney General Raul Labrador to inquire whether it would agree to wait to file such a stipulated dismissal until after this Court rules on St. Luke's motion for preliminary injunction. I further inquired whether Attorney General Labrador would agree to have the district court record in United States v. State of Idaho considered filed in this case so that St. Luke's motion to consolidate would be moot.

5. As of the execution of this declaration and the filing of St. Luke's motion for a temporary restraining order, neither counsel for the United States nor counsel for Attorney General Labrador has responded.

I certify under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED:  March 4, 2025                           STOEL RIVES LLP


                                                /s/ Wendy J. Olson
                                                Wendy J. Olson


DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD.'S MOTION FOR A TEMPORARY RESTRAINING ORDER - 2
128096610.1 0048059-00016

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to the following persons:

Brian V. Church
brian.church@ag.idaho.gov

David J. Meyers
david.myers@ag.idaho.gov

*Attorneys for Attorney General Labrador*

Chad Golder
cgolder@aha.org

Stephen Lee Adams
sadams@gfidaholaw.com

*Attorneys for Amici American Hospital Association, America's Essential Hospitals, and the American Association of Medical Colleges*

　　　　　　　　　/s/ *Wendy J. Olson*