# Exhibit A

| | |
|---|---|
| **From:** | Schwei, Daniel S. (CIV) |
| **To:** | Harrison, Lindsay C.; Giaquinto, Ruby C.; Montgomery, Sophia W.; Amunson, Jessica Ring |
| **Cc:** | Haas, Alex (CIV) |
| **Subject:** | Notice re United States v Idaho, No. 22-cv-329 (D. Idaho) |
| **Date:** | Monday, March 3, 2025 3:36:39 PM |

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**



Lindsay et al.,

As you may recall, I am one of the attorneys for the United States in *United States v. State of Idaho*, No. 1:22-cv-329 (D. Idaho filed Aug. 2, 2022).

As a courtesy, I wanted to let you know that a few minutes ago I reached out to counsel for the State of Idaho and the Idaho Legislature, informing them that the United States would like to dismiss its claims in the above case, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which requires "a stipulation of dismissal signed by all parties who have appeared." I stated that, if possible, the United States would like to file the Stipulation of Dismissal on Wednesday, March 5, 2025.

Thank you again for your assistance throughout the above matter.

Best,
Daniel

**Daniel Schwei**
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005
Tel:  202-598-3865 (mobile)
daniel.s.schwei@usdoj.gov