RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
DAVID J. MYERS, ISB #6528
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>RAÚL LABRADOR, Attorney General of the State of Idaho,<br><br>*Defendant.* | Case No. 1:25-cv-00015-BLW<br><br>**NOTICE REGARDING *UNITED STATES V. IDAHO*** |

This Court previously entered an order requiring the parties to "notify the Court immediately if the parties in *United States v. Idaho* seek to dismiss the pending appeal in that case or take any other action in the Circuit that would impact the injunction now in place." Dkt. 12 at 3. The Attorney General submits this notice in accordance with that order.

The United States filed earlier today in the *United States v. Idaho* district court matter a stipulation for voluntary dismissal without prejudice. The stipulation self-executed upon its filing, such that there is no longer an action pending in *United States v. Idaho*, No. 1:22-cv-00329-BLW (D. Idaho). *See Comm. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 n.4 (9th Cir. 1999) (quoting *Marex Titanic, Inc. v. The Wrecked and Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993)). As the Ninth Circuit has made clear in the context of stipulations to dismiss, "voluntary dismissal under Rule 41(a)(1) automatically terminates the action without operation of a court order." *E.g., Black Rock City, LLC v. Pershing Cnty. Bd. of Comm'rs*, 637 F. App'x 488, 488 (9th Cir. 2016) (mem. decision).

Upon the voluntary dismissal, this Court's injunction in *United States v. Idaho*, Dkt. 95, was automatically vacated. *See Fundicao Tupy S.A. v. United States*, 841 F.2d 1101, 1103 (Fed. Cir. 1988) ("[A] preliminary injunction is . . . 'ipso facto dissolved by a dismissal of the complaint.'" (quoting 7 J. Moore, J. Lucas, & K. Sinclair, Jr., MOORE'S FEDERAL PRACTICE ¶ 65.07 at 65-114 to 65-115 (2d ed. 1987)); *see also U.S. Philips Corp. v. KBC Bank N.V.*, 590 F.3d 1091, 1094 (9th Cir. 2010) (quoting *Fundicao Tupy S.A.*, 841 F.2d at 1103). Additionally, the parties filed today a Stipulation of Dismissal of Appeals with the Ninth Circuit, which will cause the dismissal of Appeal Nos. 23-35440 and 23-35450. *See* Fed. R. App. P. 42(b)(1).

DATED: March 5, 2025.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Brian V. Church*
     BRIAN V. CHURCH
     Lead Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on March 5, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Wendy J. Olson
wendy.olson@stoel.com

Alaina Harrington
alaina.harrington@stoel.com

Lindsay C. Harrison
lharrison@jenner.com

Jessica Ring Amunson
jamunson@jenner.com

Sophia W. Montgomery
smontgomery@jenner.com

Ruby C. Giaquinto
rgiaquinto@jenner.com

*Attorneys for Plaintiff St. Luke's Health System*

Stephen L. Adams
sadams@gfidaholaw.com

Chad Golder
cgolder@aha.org

*Attorneys for Proposed Amici American Hospital Association, America's Essential Hospitals, and the American Association of Medical Colleges*

    /s/ *Brian V. Church*
Brian V. Church

Notice Regarding *United States v. Idaho* — 3