<u>CIVIL MOTION HEARING</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: March 5, 2025
Judge B. Lynn Winmill             Deputy Clerk: Jamie Gearhart
Case No. 1:25-cv-15              Reporter: Tammy Hohenleitner
Place: Boise                     Time: 3:04 – 4:35 p.m.

<u>St. Luke's Health System, Ltd. v. Raul Labrador</u>

Counsel for Plaintiff: Wendy Olson, Lindsay Harrison, Ruby Giaquinto, and Alaina Harrington

Counsel for Defendant: David Myers and Brian Church

The Court conducted oral argument on the following motions:

1. Motion to Dismiss (Dkt. 25);
2. Motion for Preliminary Injunction (Dkt. 2); and
3. Motion to Modify Universal Temporary Restraining Order (Dkt. 34).

The Court took the motions under advisement. A written decision is forthcoming.

The Court deemed the Motion to Consolidate (Dkt. 4) as moot.