WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON*
lharrison@jenner.com
JESSICA RING AMUNSON*
jamunson@jenner.com
SOPHIA W. MONTGOMERY*
smontgomery@jenner.com
RUBY C. GIAQUINTO*
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000
*admitted pro hac vice

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., | Case No. 1:25-cv-00015-BLW |
| Plaintiff, | **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| RAÚL LABRADOR, Attorney General of the State of Idaho, | |
| Defendant. | |

During the hearing held on March 5, 2025, this Court questioned whether EMTALA could be validly enacted under the Commerce Clause, such that the Attorney General's contentions regarding the Spending Clause are not dispositive to the analysis. *See* Tr. of Hearing of Mar. 5 at

44-48. Plaintiff St. Luke's Health System, Ltd. (St. Luke's), had incorporated, in its Consolidated Response and Reply in Support of Preliminary Injunction, the United States' brief filed in *United States v. Idaho*, which makes this argument. *See* St. Luke's Consolidated Response and Reply in Support of Preliminary Injunction at 26 n.7, ECF No. 27; *United States v. Idaho*, No. 23-35440 (9th Cir. Oct. 15, 2024), ECF No. 194, at 55-56.[1] Since the Commerce Clause issue has not been front and center in the litigation so far, St. Luke's seeks leave to file the attached supplemental brief on the issue to assist the Court in reaching its decision.

St. Luke's has conferred with the Attorney General, who does not oppose this motion, but requests an opportunity to respond by Friday, March 14, at noon. If the Court grants this motion, St. Luke's would not oppose the Attorney General filing a response of equal length, and it takes no position on the time given to file that response.

---

[1] The Attorney General, too, has incorporated the arguments made by Idaho before the Ninth Circuit. *See* Consolidated Memorandum in Support of Motion to Dismiss Complaint [Dkt. 1] and Opposition to Motion for Preliminary Injunction [Dkt. 2], ECF No. 25-1, at 29.

Dated: March 10, 2025              Respectfully submitted,

Wendy J. Olson

/s/ *Wendy J. Olson*
Wendy J. Olson, Bar No. 7634
Alaina Harrington, Bar No. 11879
Stoel Rives LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID 83702
(208) 387-4291
wendy.olson@stoel.com

Lindsay C. Harrison*
Jessica Ring Amunson*
Sophia W. Montgomery*
Ruby C. Giaquinto*
Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, D.C. 20001
(202) 639-6000
lharrison@jenner.com
*admitted pro hac vice

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to the following persons:

Brian V. Church
brian.church@ag.idaho.gov

Chad Golder
cgolder@aha.org

David J. Meyers
david.myers@ag.idaho.gov

Stephen Lee Adams
sadams@gfidaholaw.com

*Attorneys for Attorney General Labrador*

*Attorneys for Amici American Hospital Association, America's Essential Hospitals, and the American Association of Medical Colleges*

 /s/ *Wendy J. Olson*