RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
DAVID J. MYERS, ISB #6528
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> *Defendant.* | Case No. 1:25-cv-00015-BLW <br><br> **MOTION FOR OVERLENGTH BRIEF** |

The Attorney General requests leave of the Court to file the 12-page brief in reply to St. Luke's response to the Attorney General's motion to modify the universal temporary restraining order. Good cause supports this request given the multiple new arguments raised by St. Luke's in its response, and the Attorney General's detailed explanation of his position to alleviate any misconstruction of his arguments by St. Luke's, and the limited time to reply.

DATED: March 11, 2025.

                      STATE OF IDAHO
                      OFFICE OF THE ATTORNEY GENERAL

By: */s/ Brian V. Church*
      BRIAN V. CHURCH
      Lead Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Wendy J. Olson
wendy.olson@stoel.com

Alaina Harrington
alaina.harrington@stoel.com

Lindsay C. Harrison
lharrison@jenner.com

Jessica Ring Amunson
jamunson@jenner.com

Sophia W. Montgomery
smontgomery@jenner.com

Ruby C. Giaquinto
rgiaquinto@jenner.com

*Attorneys for Plaintiff St. Luke's Health System*

Stephen L. Adams
sadams@gfidaholaw.com

Chad Golder
cgolder@aha.org

*Attorneys for Proposed Amici American Hospital Association, America's Essential Hospitals, and the American Association of Medical Colleges*

/s/ *Brian V. Church*
Brian V. Church