UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH STYSTEM, LTD.,<br><br>     Plaintiff,<br><br>v.<br><br>RAUL LABRADOR,<br><br>     Defendant. | Case No. 1:25-cv-15-BLW<br><br>**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE** |

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Pursuant to Dist. Idaho L. Rule 16.1, [1] the parties must meet and determine:

 a. A litigation plan and a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates such discovery. The Court's litigation plan form and the discovery plan form may be found on the District Court's website, www.id.uscourts.gov, under Forms. [2]

---

[1] The Court's local rules may be found at the following URL address:
http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm

[2] The URL address to access the Court's forms may be found here:
http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 1**

b. If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session to be held. Dist. Idaho L. Rule 16.4.

2. Initial disclosures must be made by the parties pursuant to Federal Rule of Civil Procedure 26.1 and Dist. Idaho L. Rule 16.1.

3. Unless the Plaintiff contacts the Courtroom Deputy, Jamie Gearhart, and requests a different date and time, the Court will conduct a **telephonic scheduling conference** on **May 7, 2025**, at **4:00 p.m.** mountain time, for the purpose of confirming the deadlines proposed by the parties in the joint Litigation Plan. **A Zoom link will be distributed before the hearing.**

4. On or before **April 30, 2025**, the parties must file with the Court the joint Litigation Plan and Discovery Plan.

DATED: April 8, 2025

B. Lynn Winmill
United States District Judge