WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*admitted pro hac vice*)
lharrison@jenner.com
JESSICA RING AMUNSON (*admitted pro hac vice*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*admitted pro hac vice*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*admitted pro hac vice*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **JOINT MOTION TO EXTEND THE PARTIES' DEADLINE TO FILE THEIR LITIGATION AND DISCOVERY PLAN** |

St. Luke's Health System, Ltd., and Attorney General Raúl Labrador jointly request that the Court extend the deadline by which the parties' must file their litigation and discovery plan from April 30, 2025, to May 5, 2025.

JOINT MOTION TO EXTEND THE PARTIES' DEADLINE TO FILE THEIR LITIGATION AND DISCOVERY PLAN - 1

Good cause exists to extend these deadlines. The parties are working cooperatively, have conducted their Federal Rule of Civil Procedure Rule 26(f) conference, and are in the process of exchanging drafts of a litigation plan and a discovery plan. The parties' counsel's other deadlines and the need to further consult with their clients require a short extension of the deadline to file these plans so that the parties can complete this process. Accordingly, the parties request that the Court extend the deadline for filing the parties' litigation and discovery plans from April 30, 2025, to May 5, 2025.

DATED:  May 1, 2025							STOEL RIVES LLP


/s/ Wendy J. Olson
Wendy J. Olson
Alaina Harrington


JENNER & BLOCK LLP


/s/ Lindsay C. Harrison
Lindsay C. Harrison
Jessica Ring Amunson
Ruby C. Giaquinto
Sophia W. Montgomery

*Attorneys for Plaintiff*


OFFICE OF THE ATTORNEY GENERAL


/s/ Brian V. Church (with permission)
Brian V. Church
David J. Myers

*Attorneys for Defendant*