WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*admitted pro hac vice*)
lharrison@jenner.com
JESSICA RING AMUNSON (*admitted pro hac vice*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*admitted pro hac vice*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*admitted pro hac vice*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **ST. LUKE'S HEALTH SYSTEM, LTD.'S SUPPLEMENT REGARDING SCOPE OF ESI PRESERVATION** |

As allowed by the Court during the May 7, 2025, scheduling conference and in compliance with Docket Entry Order No. 58, St. Luke's requests that the following items be included in Section I(b)(ii)(1)(a) of the Discovery Plan regarding the scope of ESI preservation:

- the alleged conflict between EMTALA and the Idaho Defense of Life Act;

ST. LUKE'S HEALTH SYSTEM LTD.'S SUPPLEMENT REGARDING SCOPE OF ESI PRESERVATION- 1

- the transfer of pregnant patients out of state (including medical records and air traffic control records);

- Plaintiff's claims and Defendant's defenses in this case;

- the lawsuit *United States v. Idaho*, No. 1:22-cv-00329 (D. Idaho);

- the relationship between Medicaid and abortion, including the Hyde Amendment (including documents related to the reimbursement under Medicaid of abortion);

- the Supremacy Clause, federal preemption, and/or the Spending Clause of the U.S. Constitution.

DATED: May 14, 2025

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Alaina Harrington

JENNER & BLOCK LLP

/s/ Lindsay C. Harrison
Lindsay C. Harrison
Jessica Ring Amunson
Ruby C. Giaquinto
Sophia W. Montgomery

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

  I hereby certify that on May 14, 20255, I served a full, true, and correct copy of the foregoing **St. Luke's Health System, Ltd.'s Supplement Regarding Scope of ESI Preservation** on the parties hereto in the manner set forth below:

| | |
|---|---|
| Brian V Church<br>Office of the Attorney General, Civil Litigation Division<br>954 W. Jefferson St., 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83702-0010 | [ ] Via U.S. Mail<br>[ ] Via Facsimile<br>[ ] Via Overnight Mail<br>[ ] Via Hand Delivery<br>[X] Via CM/ECF Filing<br>  *brian.church@ag.idaho.gov* |
| David J Myers<br>Office of the Attorney General<br>P.O. Box 83720<br>Boise, ID 83720-0010 | [ ] Via U.S. Mail<br>[ ] Via Facsimile<br>[ ] Via Overnight Mail<br>[ ] Via Hand Delivery<br>[X] Via CM/ECF Filing<br>  *david.myers@ag.idaho.gov* |

      /s/ Wendy J. Olson
      Wendy J. Olson