WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON*
lharrison@jenner.com
JESSICA RING AMUNSON*
jamunson@jenner.com
SOPHIA W. MONTGOMERY*
smontgomery@jenner.com
RUBY C. GIAQUINTO*
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000
*admitted pro hac vice

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ST. LUKE'S HEALTH SYSTEM, LTD., | Case No. 1:25-cv-00015-BLW |
|---|---|
| Plaintiff, | **DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| RAÚL LABRADOR, Attorney General of the State of Idaho, | |
| Defendant. | |

I, Wendy J. Olson, declare as follows:

1. I am a partner at Stoel Rives LLP and an attorney of record for Plaintiff St. Luke's Health System, Ltd. in the above-entitled matter. As such, I have personal knowledge of

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF UNEXPIRED SCHEDULING ORDER DEADLINES - 1
151049318.1 0048059-00016

the facts and statements contained in this Declaration. I submit this Declaration in support of Plaintiff St. Luke's Health System, Ltd.'s Motion for Protective Order.

2.  Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of an email chain between myself and Defendant's counsel exchanging draft versions of a protective order over the course of several months. The emails show that drafts were exchanged on: May 21, 2025 (Plaintiff); June 2 (Defendant); June 5 (Plaintiff); July 17 (Defendant); and August 4 (Plaintiff). The emails show that the parties had not reached agreement on the protective order by August 4, 2025.

3.  Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of an email chain between myself and Defendant's counsel regarding the protective order.

4.  Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of an email chain between myself and Defendant's counsel regarding the protective order. The emails show that the parties exchanged further edits on the protective order as follows: October 14 (Plaintiff); October 15 (Defendant); and October 15 (Plaintiff).

5.  Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of an email chain between myself and Defendant's counsel through October 29, 2025, showing our communications on the protective order. Defendant's counsel agreed that an informal conference with the Court's staff attorney would not be necessary.

6.  Attached hereto as **<u>Exhibit E</u>** are true and correct excerpts from written discovery served on St. Luke's by the Defendant.

I certify under penalty of perjury pursuant to the law of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: November 11, 2025								STOEL RIVES LLP


											/s/ Wendy J. Olson
											Wendy J. Olson