# Exhibit A

**Giaquinto, Ruby C.**

| | |
|---|---|
| **From:** | Olson, Wendy J. <wendy.olson@stoel.com> |
| **Sent:** | Monday, August 4, 2025 12:20 PM |
| **To:** | Brian Church; James Craig; David Myers |
| **Cc:** | Harrison, Lindsay C.; Giaquinto, Ruby C.; Montgomery, Sophia W.; Amunson, Jessica Ring; Harrington, Alaina P. |
| **Subject:** | RE: St. Luke's v. Labrador -- proposed protective order. |
| **Attachments:** | St. Lukes_EMTALA - Stipulated Protective Order (08.03.2025 SR Redline)(150000620.1).docx |

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Good morning Brian,

Attached is our proposed revised protective order. We have agreed to take out reference to the HIPAA rule in Section 11, and replaced it with language that meets our objective of ensuring that any patient records produced are only used in this litigation. We added a sentence in Section 1 to further that objective as well.

We cannot agree to include "attorneys assisting counsel of record" in Sections 4.2 and 4.3. We have no objection to any attorney within the AG s office having access to confidential or AEO material, but our concern is that this would give you the freedom to share with an outside law firm that has not appeared in the case. We would consider language that addresses this concern.

Given the likelihood that the AG s office will produce very few, if any, documents in this case, we do not think it is a hardship to mark the actual documents confidential or AEO. The concern with having only an index is that the record of what is confidential or AEO is separate from the actual document and could lead to mistakes.

The attached version is in redline so you can see our proposed changes.

Best,
Wendy

---

**From:** Brian Church <brian.church@ag.idaho.gov>
**Sent:** Monday, July 21, 2025 3:43 PM
**To:** Olson, Wendy J. <wendy.olson@stoel.com>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Wendy,

Please see the attached. Note that this redline was generated via the comparison function of the draft St. Luke's provided to us on June 5 and the draft we sent. I note

this because, for example, in Sections 4.2(a) and 4.3(a), even though the comparison is showing that the "attorneys assisting counsel of record" language has been added, we simply rejected your deletion of the language from the June 5 version.

Brian

--



**Brian V. Church | Lead Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
Phone: (208) 334-2400

---

**From:** Olson, Wendy J. <wendy.olson@stoel.com>
**Sent:** Monday, July 21, 2025 1:14 PM
**To:** Brian Church <brian.church@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Hi Brian,

Can you send a redline version of the changes you made to the protective order?

---

**From:** Brian Church <brian.church@ag.idaho.gov>
**Sent:** Thursday, July 17, 2025 5:12 PM
**To:** Olson, Wendy J. <wendy.olson@stoel.com>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Wendy:

Following up on the protective order, I wanted to send it back your way given the developments with the now invalid HIPPA reproductive health care privacy rule. As the Department of Health and Human Services notes, the relevant parts of that rule have been "declar[ed] unlawful and vacat[ed]". https://www.hhs.gov/hipaa/for-professionals/special-topics/reproductive-health/final-rule-fact-sheet/index.html. As such, I am deleting the reference to that rule and Exhibit B.

Here is our summary of the other changes:
- Sections 4.2(a) and 4.3(a): We have rejected your deletion of "attorneys assisting counsel of record". We want to ensure that attorneys who are assisting us, but may not have entered a formal appearance, may receive confidential documents.

- Section 5.2(a): Our discovery software is unable to make marks in the margins for portions of documents that are protected. Given that an index/appendix will clearly mark which parts are protected, and your changes have been rejected.
- Section 10: We are okay with move to Section 14 of a portion of Section 10. We have accepted the deletion of the paragraph.
- Section 11: We cannot agree to the deletion of language, which comes from the Model Protective Order, regarding our ability to use materials lawfully obtained, and so we have rejected your change. We have removed any reference to the HIPAA Reproductive Health Care Privacy Rule and the attestation form, given the *Purl* court's ruling.
- Section 13: We accepted your wording change.
- Section 14: We accepted this Section.

We look forward to finalizing this soon.

Brian
--



**Brian V. Church | Lead Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
Phone: (208) 334-2400

---

**From:** Olson, Wendy J. <wendy.olson@stoel.com>
**Sent:** Thursday, June 5, 2025 9:36 PM
**To:** Brian Church <brian.church@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Hi Brian,

Thank you for sending over your proposed revisions.  We have had an opportunity to review and discuss at our end.  I ve attached the draft stipulated protective order with our redlines to your revisions. If we were fine with your changes, we accepted them, so we think the redlines reflect the places where we have not yet reached agreement. With respect to the language reciting your position concerning the HIPAA Privacy Rule to Support Reproductive Health Care Privacy, the proposed language conveys just that—your position. We do not think that your legal position does not belong in the body of a protective order, so we cannot agree to it.  We are happy to set up a time to discuss the remaining differences between the parties.

Best,
Wendy

---

**From:** Brian Church <brian.church@ag.idaho.gov>
**Sent:** Monday, June 2, 2025 3:43 PM
**To:** Olson, Wendy J. <wendy.olson@stoel.com>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia

3

W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Hi, Wendy,

We've reviewed the proposed stipulated protective order. We've incorporated a few provisions from the model protective order (e.g., paragraphs 12-13) and made a couple other minimal edits in section 4.

Regarding paragraph 11, we've noted our position with respect to the "HIPAA Privacy Rule to Support Reproductive Health Care Policy." We've also modified Exhibit B to make it like the model attestation currently available from HHS.

Thanks,

Brian

U.S. District Courts, District of Idaho model protective order:
https://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

Department of Health and Human Services model attestation:
https://www.hhs.gov/sites/default/files/model-attestation.pdf

--



### Brian V. Church | Lead Deputy Attorney General
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
Phone: (208) 334-2400

---

**From:** Olson, Wendy J. <wendy.olson@stoel.com>
**Sent:** Monday, June 2, 2025 3:09 PM
**To:** Brian Church <brian.church@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Hi Brian,

Just following up on the below.

---

**From:** Brian Church <brian.church@ag.idaho.gov>
**Sent:** Thursday, May 29, 2025 7:49 PM
**To:** Olson, Wendy J. <wendy.olson@stoel.com>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>

**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Wendy,

We're close on getting something back to you. There is one additional topic that I need researched. I'm out of the office tomorrow, and so it's possible David or Jim will get back to you, but more likely you will hear from me Monday morning.

Brian

--



**Brian V. Church | Lead Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
Phone: (208) 334-2400

---

**From:** Brian Church
**Sent:** Wednesday, May 28, 2025 3:30 PM
**To:** Olson, Wendy J. <wendy.olson@stoel.com>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P. <alaina.harrington@stoel.com>
**Subject:** RE: St. Luke's v. Labrador -- proposed protective order.

Wendy:

Thanks for following up on this. We should be able to get back to you tomorrow with our suggestions.

Brian

P.S. I've swapped David's email address, since I'm assuming you received a bounce-back email from your email this morning.

--



**Brian V. Church | Lead Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
Phone: (208) 334-2400

---

**From:** Olson, Wendy J. <wendy.olson@stoel.com>
**Sent:** Wednesday, May 28, 2025 8:28 AM
**To:** Brian Church <brian.church@ag.idaho.gov>; david.meyers@ag.idaho.gov; James Craig <James.Craig@ag.idaho.gov>
**Cc:** Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Harrington, Alaina P.

<alaina.harrington@stoel.com>
**Subject:** St. Luke's v. Labrador -- proposed protective order.

Hi Brian and team,

We are checking to see if you have had a chance to review the proposed protective order we sent over last Wednesday.

Thanks,
Wendy

**Wendy Olson** | Partner
**STOEL RIVES LLP** | 101 S. Capitol Boulevard, Suite 1900 | Boise, ID 83702
Direct: (208) 387-4291 | Mobile: (208) 484-5279
wendy.olson@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.