# Exhibit B

**Giaquinto, Ruby C.**

| | |
|---|---|
| **From:** | Olson, Wendy J. <wendy.olson@stoel.com> |
| **Sent:** | Thursday, October 9, 2025 1:53 PM |
| **To:** | Brian Church; David Myers; James Craig; Harrison, Lindsay C.; Giaquinto, Ruby C. |
| **Cc:** | Harrington, Alaina P.; Montgomery, Sophia W.; Amunson, Jessica Ring; Schwei, Daniel S. |
| **Subject:** | RE: St. Luke's - follow up on outstanding issues |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Hi Brian and David,

I received out of office messages from both of you, one indicating that David is out until October 13, and one from you indicating you are out until October 14. Because that causes a problem with the October 13 deadline, we are going to go ahead and reach out to Marci Smith now.

Best,
Wendy

---

**From:** Olson, Wendy J.
**Sent:** Thursday, October 9, 2025 10:21 AM
**To:** Brian Church <brian.church@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>; Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C. <rgiaquinto@jenner.com>
**Cc:** Harrington, Alaina P. <alaina.harrington@stoel.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>; Schwei, Daniel S. <dschwei@jenner.com>
**Subject:** RE: St. Luke's - follow up on outstanding issues

Hi Brian,

Thanks for getting back to us. We are still reviewing your proposed changes to the protective order and need to discuss it with our client. We would agree to a three month extension rather than four, but we cannot agree to your conditions, particularly since with respect to one you are asking us to forego the relief the Court already provided after the parties briefed the issue. As you know, resolving this by October 13 is critical to us. If you maintain your position, we need to reach out to the Court, through Marci Smith, to see if this is a discovery dispute that the law clerks will set an expedited briefing schedule for, or if we should just file a motion. Please let us know your position by the close of business today, at which point we will get in touch with the Court given the time sensitivity.

Best,
Wendy

---

**From:** Brian Church <brian.church@ag.idaho.gov>
**Sent:** Wednesday, October 8, 2025 4:39 PM
**To:** Olson, Wendy J. <wendy.olson@stoel.com>; David Myers <David.Myers@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>; Harrison, Lindsay C. <lharrison@jenner.com>; Giaquinto, Ruby C.

<rgiaquinto@jenner.com>
**Cc:** Harrington, Alaina P. <alaina.harrington@stoel.com>; Montgomery, Sophia W. <smontgomery@jenner.com>; Amunson, Jessica Ring <jamunson@jenner.com>
**Subject:** St. Luke's - follow up on outstanding issues

Wendy:

Thanks for meeting with David and me last week. Here's Defendant's position on the two outstanding issues.

### Protective Order

We are still agreeable to the model protective order; it is unclear what St. Luke's believes is unaddressed by the model protective order. The model protective order is presumptively reasonable for cases before the District of Idaho.

However, if St. Luke's still insists on a protective order based on what it sent last time, I've attached here the redline version that my client would be agreeable to along with a comparison of your file and mine.

### Request to shift the deadlines

Given that Idaho's law protecting life is enjoined at this time, we can't agree to a four-month shift of the deadlines.

We will agree to a three-month shift of non-expired deadlines (we're only agreeing to three months because of the difficulties with the deadlines falling in the holiday season, otherwise we would suggest two months) *if* Plaintiff agrees to (1) either the model protective or the version sending today; and (2) agrees that we need not identify, on a privilege log, all attorney-client communications that predate the filing of the complaint in *St. Luke's Health System, Ltd. v. Labrador*, No. 1:25-cv-00015-BLW (D. Idaho), but were sent on or after the date of the filing of the complaint in *United States v. Idaho*, No. 1:22-cv-329-BLW (D. Idaho).

--



**Brian V. Church | Lead Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
Phone: (208) 334-2400

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.