UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>RAÚL LABRADOR, Attorney General of the State of Idaho,<br><br>   Defendant. | Case No. 1:25-cv-00015-BLW<br><br>**REFERRAL ORDER RE MOTIONS FOR ENTRY OF A PROTECTIVE ORDER** |

**IT IS ORDERED** that the parties' competing motions for entry of a protective (Dkts. 70, 72) are referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A). The assigned Magistrate Judge is directed to conduct all necessary and appropriate proceedings to fully and finally resolve these motions.

DATED: December 11, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

**REFERRAL ORDER - 1**