WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*admitted pro hac vice*)
lharrison@jenner.com
JESSICA RING AMUNSON (*admitted pro hac vice*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*admitted pro hac vice*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*admitted pro hac vice*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER [DKT 72]** |

For the reasons set forth in its motion for a protective order (Dkt. 70) and reply in support thereof (Dkt. 74), St. Luke's Health System, Ltd. opposes Defendant Raul Labrador's motion for this Court to enter the District of Idaho Model Protective Order (Dkt. 72) in this case. St. Luke's incorporates its arguments in those pleadings in this response.

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER [DKT 72] - 1
151438349.1 0048059-00016

The parties negotiated a protective order for months, reaching a point at which there was only one difference between the parties. This Court should not allow the Defendant to retreat from its agreement. Moreover, the District of Idaho Model Protective Order is inadequate. It does not include an Attorney Eyes Only provision. An Attorney Eyes Only provision is critical here given the highly sensitive, medical, and private information concerning reproductive choices, including abortion, in the documents requested by the Attorney General in discovery. There is a strong privacy interest in the confidentiality of this information, the public disclosure of which will cause nonparties who have not injected themselves in this litigation to be subject to embarrassment, harassment, and retaliation. *See e.g., Planned Parenthood of S.Ariz. v. Lawall*, 307 F.3d 783, 790 (9th Cir. 2002) (recognizing privacy protections for information regarding an abortion decision).

Accordingly, for the reasons set forth in St. Luke's pleadings in support of its requested protective order, this Court should deny the Defendant's motion for this Court to enter the Model Protective Order.

DATED:  December 23, 2025            STOEL RIVES LLP


                                     /s/ Wendy J. Olson
                                     Wendy J. Olson
                                     Alaina Harrington

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER [DKT 72] - 2
151438349.1 0048059-00016

JENNER & BLOCK LLP

/s/ Lindsay C. Harrison
Lindsay C. Harrison
Jessica Ring Amunson
Ruby C. Giaquinto
Sophia W. Montgomery

*Attorneys for Plaintiff*