WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*admitted pro hac vice*)
lharrison@jenner.com
JESSICA RING AMUNSON (*admitted pro hac vice*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*admitted pro hac vice*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*admitted pro hac vice*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFF'S MOTION FOR SECOND EXTENSION OF UNEXPIRED DEADLINES** |

Pursuant to District of Idaho Local Rule 6.1 and Federal Rule of Civil Procedure 6(c)(1)(C), St. Luke's Health System, Ltd., respectfully requests expedited treatment of its Motion for Second Extension of Unexpired Deadlines.

MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFF'S MOTION FOR SECOND EXTENSION OF UNEXPIRED DEADLINES- 1

151619295.1 0048059-00016

Under these rules, the Court may, for good cause shown, shorten the time period for responding to a motion. Good cause exists here. St. Luke's deadline for disclosing expert witnesses is currently January 23, 2026. Under the ordinary motion briefing schedule, St. Luke's motion to extend that deadline, along with the other unexpired deadlines, would not be ripe for consideration until February 11, 2026, after St. Luke's expert disclosure deadline has passed. In addition, in light of the outstanding issues regarding the protective order St. Luke's has not shared documents related to the case with any expert witness. Thus St. Luke's seeks expedited consideration of its motion for second extension of unexpired deadlines.

St. Luke's seeks an expedited briefing schedule as follows:

St. Luke's motion for second extension of unexpired deadlines: January 7, 2026

The Attorney General's response: January 14, 2026

St. Luke's optional reply: January 16, 2026

DATED: January 7, 2026    STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Alaina Harrington

MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFF'S MOTION FOR SECOND EXTENSION OF UNEXPIRED DEADLINES- 2

151619295.1 0048059-00016

        JENNER & BLOCK LLP

        <u>/s/ Lindsay C. Harrison</u>
        Lindsay C. Harrison
        Jessica Ring Amunson
        Ruby C. Giaquinto
        Sophia W. Montgomery

        *Attorneys for Plaintiff*

MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFF'S MOTION FOR SECOND EXTENSION OF UNEXPIRED DEADLINES- 3

151619295.1 0048059-00016