UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **MEMORANDUM DECISION & ORDER RE EXTENSION OF DEADLINES** |

Before the Court is Plaintiff St. Luke's Health System, Ltd.'s Second Motion for Extension of Unexpired Scheduling Order Deadlines. Defendant does not oppose the motion. *See* Dkt. 81. Good cause appearing, the Court will grant the unopposed motion. Accordingly, **IT IS ORDERED that:**

1. Plaintiff's Second Motion for an Extension of Unexpired Scheduling Order Deadlines (Dkt. 78) is **GRANTED.**

2. The deadlines set forth in this Court's Scheduling Order at Dkt. 59 (as modified by the Order at Dkt. 69) are further modified as follows:

   a. Plaintiff's expert disclosure: **March 24, 2026**
   b. Defendant's expert disclosure: **April 23, 2026**
   c. Plaintiff's rebuttal expert disclosure: **May 8, 2026**
   d. Fact discovery cutoff: **June 12, 2026**
   e. Expert discovery cutoff: **July 10, 2026**
   f. Dispositive-motion deadline: **July 27, 2026**

ORDER - 1

3. All other provisions of the Scheduling Order at Dkt. 59 shall remain in effect.

DATED: January 29, 2026

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2