IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAÚL LABRADOR, Attorney General of the State of Idaho,<br><br>　　　　Defendant. | Case No. 1:25-cv-00015-BLW<br><br>**ORDER GRANTING JOINT MOTION FOR THIRD EXTENSION OF UNEXPIRED SCHEDULING ORDER DEADLINES** |

Before the Court is Plaintiff's St. Luke's Health System, Ltd.'s Third Motion for Extension of Unexpired Scheduling Order Deadlines. Defendant does not oppose the motion. *See* Dkt. 84. Good cause appearing, the Court will grant the unopposed motion. Accordingly, **IT IS ORDERED that:**

1.　　<u>Disclosure of Experts</u>:

　　a.　The **Plaintiff** must disclose the experts intended to be called at trial on or before **June 24, 2026**.

　　b.　The **Defendant** must disclose the experts intended to be called at trial on or before **July 23, 2026**.

　　c.　**Plaintiff's** rebuttal experts must be identified on or before **August 10, 2026**.

　　d.　**ALL** discovery relevant to experts must be completed by: **October 12, 2026**.

Order

2. <u>Completion of Fact Discovery</u>: All fact discovery must be completed by **September 14, 2026**.

3. <u>Dispositive Motion Deadline</u>: All dispositive motions, including motions for punitive damages, must be filed by **October 27, 2026**.

DATED: March 23, 2026

B. Lynn Winmill
United States District Judge

152444094.1 0048059-00016