WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*admitted pro hac vice*)
lharrison@jenner.com
JESSICA RING AMUNSON (*admitted pro hac vice*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*admitted pro hac vice*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*admitted pro hac vice*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

RAÚL LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
DAVID J. MYERS, ISB #6528
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **JOINT MOTION FOR STIPULATED PROTECTIVE ORDER** |

St. Luke's Health System, Ltd., and Attorney General Raúl Labrador jointly move the

Court for entry of a protective order in the form submitted as **Exhibit A**. Federal Rule 26(c)(1)

permits a court, upon a showing of good cause, to enter a protective order that certain

JOINT MOTION FOR STIPULATED PROTECTIVE ORDER - 1
152654903.1 0048059-00016

information be produced only in a specified way. Good cause exists for entry of the proposed protective order agreed to by the parties.

DATED:  April 14, 2026

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Alaina Harrington

JENNER & BLOCK LLP

/s/ Lindsay C. Harrison
Lindsay C. Harrison
Jessica Ring Amunson
Ruby C. Giaquinto
Sophia W. Montgomery

*Attorneys for Plaintiff*

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *David J. Myers*
DAVID J. MYERS
Deputy Attorney General
BRIAN V. CHURCH
Lead Deputy Attorney General
*Attorneys for Defendant*