WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ALAINA HARRINGTON, Bar No. 11879
alaina.harrington@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

LINDSAY C. HARRISON (*admitted pro hac vice*)
lharrison@jenner.com
JESSICA RING AMUNSON (*admitted pro hac vice*)
jamunson@jenner.com
SOPHIA W. MONTGOMERY (*admitted pro hac vice*)
smontgomery@jenner.com
RUBY C. GIAQUINTO (*admitted pro hac vice*)
rgiaquinto@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone:  202.639.6000

*Attorneys for Plaintiff*

RAÚL LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
DAVID J. MYERS, ISB #6528
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAÚL LABRADOR, Attorney General of the State of Idaho, <br><br> Defendant. | Case No. 1:25-cv-00015-BLW <br><br> **JOINT MOTION FOR FOURTH EXTENSION OF UNEXPIRED SCHEDULING ORDER DEADLINES** |

The Parties submit this joint request for a further three-month extension of unexpired scheduling order deadlines.

JOINT MOTION FOR FOURTH EXTENSION OF UNEXPIRED DEADLINES - 1

Pursuant to Federal Rule of Civil Procedure 16(b)(5), a court may amend its scheduling order for "good cause." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). The Parties agree that good cause exists for a further extension in this case.

This Court entered an order extending deadlines following a joint motion by the Parties on March 23, 2026.  *See* ECF No. 85.  Since that extension, the Parties have been engaged in ongoing negotiations concerning the adequacy of certain productions in discovery, including in light of the protective order recently entered on March 16, 2026. *See* ECF No. 83. The outcome of those negotiations will also inform the Parties' expert disclosures.  Based on this, the Parties concur that an additional 3-month extension to all pending discovery deadlines is justified by good cause and will facilitate the orderly completion of discovery.  As such, the Parties respectfully request the following revised deadlines:

1. Disclosure of Experts:

    a. The **Plaintiff** must disclose the experts intended to be called at trial on or before **September 22, 2026**.

    b. The **Defendant** must disclose the experts intended to be called at trial on or before **October 21, 2026**.

    c. **Plaintiff's** rebuttal experts must be identified on or before **November 9, 2026**.

    d. **ALL** discovery relevant to experts must be completed by: **January 11, 2027**.

2. Completion of Fact Discovery: All fact discovery must be completed by **December 14, 2026**.

3. Dispositive Motion Deadline: All dispositive motions, including motions for punitive damages, must be filed by **January 26, 2027**.

JOINT MOTION FOR FOURTH EXTENSION OF UNEXPIRED DEADLINES - 2

DATED:  June 23, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

STOEL RIVES LLP


/s/ *Brian V. Church*
BRIAN V. CHURCH
Lead Deputy Attorney General
DAVID J. MYERS
Deputy Attorney General

/s/ *Wendy J. Olson*
Wendy J. Olson
Alaina Harrington


*Attorneys for Defendant*

JENNER & BLOCK LLP


/s/ *Linday C. Harrison*
Lindsay C. Harrison
Jessica Ring Amunson
Ruby C. Giaquinto
Sophia W. Montgomery

*Attorneys for Plaintiff*